FILE COPY



FILED IN COURT OF APPEALS
12th Court of Appeals District

JAN 2 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

DATE: 1/22/2015

RE: Case No. 15-0058

COA #: 12-14-00010-CV      TC#: CV-00396-11-03

STYLE: MARY HALL
v. RALPH & KACOO'S OF LUFKIN, TEXAS, D/B/A GREAT
TEXAS FOODS CORP., D/B/A BRAZOS CATTLE CO.

Today the Supreme Court of Texas received and filed a motion for extension of time to file petition for review pursuant to Rule 53.7(f) in the above numbered and styled case.

MS. CATHY S. LUSK
CLERK, TWELFTH COURT OF APPEALS
1517 WEST FRONT, SUITE 354
TYLER, TX 75702